UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH A. GILMORE,

    Plaintiff,

vs.

ALAN CHOW and MARY CHOW,

    Defendants.
_____/

Case No.: 14-cv-12586

Hon. Robert H. Cleland

Mag. Mona K. Majzoub

MARIO J. AZZOPARDI (P46971)
JAY L. ROTHSTEIN (P27321)
Attorneys for Plaintiff
19068 W. Ten Mile Road
Southfield, MI 48075
(248) 355-2048

MARK SHREVE (P29149)
Garan Lucow Miller, P.C.
Attorney for Defendants
1111 W. Long Lake Rd., Ste. 300
Troy, MI 48098-6333
(248) 641-7600
_____/

## QUALIFIED PROTECTIVE ORDER
## AND AUTHORIZATION PURSUANT TO HEALTH INSURANCE
## PORTABILITY AND ACCOUNTABILITY ACT (HIPAA)

1.    **IT IS HEREBY ORDERED** that this Court authorizes the disclosure and sharing of Plaintiff Sarah A. Gilmore's "personal health information" protected under the Health Insurance Portability and Accountability Act (hereinafter "HIPAA") (42 USC §1320d *et seq.*) and the regulations promulgated thereunder (45 CFR §§160, 164 *et seq.*) pursuant to the terms and conditions contained in this Order.

2.    **IT IS HEREBY FURTHER ORDERED** that Plaintiff Sarah A. Gilmore's, health care

providers including, but not limited to examining, testing and/or treating doctors and other medical personnel shall provide copies of all records and may discuss the Plaintiff, Sarah A. Gilmore's, medical conditions and past, present and future treatment with counsel for the Defendant.

3. **IT IS FURTHER ORDERED** that this Order does not compel the health care provider to participate in an interview or meeting against his or her wishes, nor to occur outside the presence of the health care provider's attorney if he or she wishes to have one present. The purpose of the interview or meeting conducted by attorneys for Defendants and/or Defendants' agents is to assist Defendants in their defense of the above-referenced action brought by Sarah A. Gilmore. The meeting or interview is not at the request of Sarah A. Gilmore; however, Sarah A. Gilmore and her counsel are on notice of the existence of this order.

4. **IT IS FURTHER ORDERED** that all covered entities under HIPAA, including but not limited to the health care providers, examining, testing and/or treating doctors and other medical personnel of Sarah A. Gilmore are authorized and permitted to disclose and/or share Sarah A. Gilmore's personal health information to the attorneys or agents of Defendants. The personal health information of Sarah A. Gilmore may be provided orally in discussions with Defendant's attorneys and/or agents or in written, visual or other recorded form. The consent of or notice to Sarah A. Gilmore and/or her attorneys is not required prior to the disclosure of this information by any health care provider.

5. **IT IS FURTHER ORDERED** that counsel for the Defendants is permitted to use or disclose protected information for all purposes involved this action, except as limited by the Federal Rules of Civil Procedure for discovery and subject to the Federal Rules of Evidence for use at trial, and upon resolution of this action, counsel for the Defendants who receives

written or otherwise recorded protected health care information of the Plaintiff, Sarah A. Gilmore, shall destroy or return the information (including all copies made) to the health care provider.

Dated: August 12, 2014

   S/Robert H. Cleland
U.S. District Court Judge

Notice and hearing on entry of the
above Order is waived.


s/with consent of Mario J. Azzopardi
MARIO J. AZZOPARDI
Rothstein Law Group PLC
19068 W. Ten Mile Road
Southfield, MI 48075
(248) 355-2048
mjr@rothsteinlagroup.com
(P46971)


s/Mark Shreve
MARK SHREVE
Garan Lucow Miller, P.C.
1111 W. Long Lake Rd., Ste. 300
Troy, MI 48098-6333
(248) 641-7600
mshreve@garanlucow.com
(P29149)



Gilmore_-_HIPAA_Order.wpd

3