UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH A. GILMORE, *et al.*,

    Plaintiffs,

v.                          Case No. 14-cv-12586

ALAN CHOW and MARY CHOW,

    Defendants.

                                           /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendants' Motion for Summary Judgment dated June 12, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff. Dated at Detroit, Michigan, this 12th day of June 2015.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                           s/ Lisa Wagner
                                      By: Lisa Wagner, Case Manager
                                        to Judge Robert H. Cleland